IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMY SCHNEIDER, and RANDALL SCHNEIDER, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v | ) Case No.: 20-2162-EFM |
| U.S. BANK, N.A., | ) ) ) |
| *Defendant*. | ) ) ) |

## ORDER TO SHOW CAUSE

On May 25, 2021 defendant filed a Motion for Summary Judgment, Doc. 60. On June 7, 2021 Chief Judge Robinson stayed the briefing deadline on the summary judgment, Doc. 66, until Magistrate Judge Birzer ruled on the motion for leave to amend, Doc. 67. On August 2, 2021 the Memorandum and Order was issued, Doc. 75, granting the motion for leave to amend. Pursuant to the Local Rule the response would then be due on August 23, 2021 but no response was filed.

Plaintiff is ordered to Show Cause within 14 days of this Order why the motion for summary judgment shouldn't be granted as unopposed.

IT IS SO ORDERED.

Dated this 22nd day of September, 2021.

*[signature: Eric F. Melgren]*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE